IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO.  7:16-cv-00150-GFVT

CHERYL JOHNSON                                                                                    PLAINTIFF

VS.                                         **COMMISSIONER'S STATUS REPORT**

NANCY A. BERRYHILL[1], Acting Commissioner                                     DEFENDANT
of Social Security.

*******

The Acting Commissioner of Social Security submits the following status report to update the Court on the status of proceedings in a related case in the Sixth Circuit Court of Appeals.

This case has been stayed pending resolution of *Hicks v. Colvin*, No. 17-5206 (6th Cir.) and related cases, which involve many of the same legal issues as this case.  On November 21, 2018, a divided Sixth Circuit panel held that the Commissioner's redetermination proceedings, which are also at issue here, violated the Due Process Clause of the Fifth Amendment to the Constitution and the Administrative Procedure Act.  *Hicks v. Comm'r of Soc. Sec.*, 909 F.3d 786 (6th Cir. 2018).  On February 6, 2019, the Commissioner filed a petition for panel rehearing and rehearing en banc.  On March 29, 2019, the Sixth Circuit denied the Commissioner's petition.

In light of the Sixth Circuit's denial of the Commissioner's request for rehearing and rehearing en banc, the Commissioner does not oppose lifting the stay in this case.  She notes,

---

[1] Nancy A. Berryhill became Acting Commissioner of Social Security on January 23, 2017. Because of the Federal Vacancies Reform Act, Ms. Berryhill briefly resumed her position as the Deputy Commissioner for Operations (and was identified as such on agency pleadings) from March 6, 2018, until April 17, 2018; she returned to her role of Acting Commissioner on April 17, 2018, when the President nominated Andrew M. Saul to be Commissioner of Social Security. *See* 5 U.S.C. § 3346(a)(1)-(2).

however, that she has 90 days—or until June 27, 2019—to file a petition for a writ of certiorari from the Supreme Court of the United States. The Commissioner is currently reviewing the Sixth Circuit's decision and consulting with the U.S. Department of Justice. Accordingly, the Commissioner requests 60 days—until May 28, 2019—to confer with her attorneys and with plaintiffs regarding the appropriate next steps in this and related cases.

    Respectfully submitted,

    ROBERT M. DUNCAN, JR.
    UNITED STATES ATTORNEY

By:  s/Laura Ridgell Boltz
    LAURA RIDGELL BOLTZ
    Special Assistant United States Attorney
    Attorney for Defendant
    Social Security Administration
    Office of the General Counsel, Region VIII
    1961 Stout Street, Suite 4169
    Denver, CO 80294-4003
    Telephone: (303) 844-7892
    Fax: (303) 844-0770
    Email: laura.ridgell.boltz@ssa.gov

## CERTIFICATE OF SERVICE

I certify that on April 9, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participant, John O. Goss, Esq., Evan B. Smith, Esq., Erick A. Bowman, Esq., and John M. Rosenberg, Esq., Counsel for Plaintiff.

    s/Laura Ridgell Boltz
    LAURA RIDGELL BOLTZ
    Special Assistant United States Attorney